DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS GARIBAY-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-205 EJG |
| Plaintiff, ) | |
| v.  ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| JESUS GARIBAY-ROMERO, ) | Date: June 27, 2008 |
| aka J. Jesus Garibay Romero, ) | Time: 9:00 a.m. |
| aka Jesus Garibay Romero, ) | Judge: Hon. Edward J. Garcia |
| aka Jesus Romero Garibay, ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Daniel S. McConkie, Assistant United States Attorney, and JESUS GARIBAY-ROMERO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 13, 2008, be vacated and rescheduled for status conference on June 27, 2008, at 9:00 a.m.

This continuance is being requested for attorney and Spanish interpreter to review plea agreement and presentence report with client.

1  IT IS FURTHER STIPULATED that the period from June 13, 2008,
2 through and including June 27, 2008, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

Respectfully submitted,

Dated: June 12, 2008

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JESUS GARIBAY-ROMERO

Dated: June 12, 2008

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
                                        per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: June 12, 2008

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge