```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JESUS GARIBAY-ROMERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-205 EJG |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING |
| v. | STATUS CONFERENCE |
| JESUS GARIBAY-ROMERO, | |
|   aka J. Jesus Garibay Romero, | Date: July 18, 2008 |
|   aka Jesus Garibay Romero, | Time: 9:00 a.m. |
|   aka Jesus Romero Garibay, | Judge: Edward J. Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Daniel S. McConkie, Assistant United States Attorney, and JESUS GARIBAY-ROMERO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for July 11, 2008, be vacated and rescheduled for status conference on July 18, 2008, at 9:00 a.m.

This continuance is being requested as counsel for Mr. Garibay-Romero will be out of the district.

IT IS FURTHER STIPULATED that the period from July 11, 2008,

1  through and including July 18, 2008, be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act, pursuant
3  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
4  preparation of counsel.

5  Dated: July 7, 2008              Respectfully submitted,

6                                   DANIEL J. BRODERICK
                                    Federal Defender
7
                                    /s/ Matthew C. Bockmon
8                                   _____
                                    MATTHEW C. BOCKMON
9                                   Assistant Federal Defender
                                    Attorney for Defendant
10                                  JESUS GARIBAY-ROMERO

11 Dated: July 7, 2008

12                                  MCGREGOR W. SCOTT
                                    United States Attorney
13
                                    /s/ Matthew C. Bockmon for
14                                  _____
                                    DANIEL S. McCONKIE
15                                  Assistant U.S. Attorney
                                    per telephonic authority
16

17                             **O R D E R**

18 IT IS SO ORDERED.

19 Dated: July 8, 2008
                                    /s/ Edward J. Garcia
20                                  EDWARD J. GARCIA
                                    United States District Judge