1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JESUS GARIBAY-ROMERO

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )  No. CR-S-07-205 EJG
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER CONTINUING
14     v.                         )  STATUS CONFERENCE
                                  )
15 JESUS GARIBAY-ROMERO,          )
      aka J. Jesus Garibay Romero,)  Date:  August 8, 2008
16    aka Jesus Garibay Romero,   )  Time:  9:00 a.m.
      aka Jesus Romero Garibay,   )  Judge: Edward J. Garcia
17                                )
                Defendant.        )
18                                )
   _____)
19

20     It is hereby stipulated and agreed to between the United States of

21 America through Daniel S. McConkie, Assistant United States Attorney,

22 and JESUS GARIBAY-ROMERO, by and through his counsel, Matthew C.

23 Bockmon, Assistant Federal Defender, that the status conference

24 presently scheduled for July 18, 2008, be vacated and rescheduled for

25 status conference on August 8, 2008, at 9:00 a.m.

26     This continuance is being requested to give defense counsel

27 opportunity to meet with his client.

28 / / /

1    IT IS FURTHER STIPULATED that the period from July 18, 2008,
2 through and including August 8, 2008, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: July 15, 2008              Respectfully submitted,

7                                   DANIEL J. BRODERICK
                                    Federal Defender
8
                                    /s/ Matthew C. Bockmon
9                                   _____
                                    MATTHEW C. BOCKMON
10                                  Assistant Federal Defender
                                    Attorney for Defendant
11                                  JESUS GARIBAY-ROMERO

12 Dated: July 15, 2008

13                                  MCGREGOR W. SCOTT
                                    United States Attorney
14
                                    /s/ Matthew C. Bockmon for
15                                  _____
                                    DANIEL S. McCONKIE
16                                  Assistant U.S. Attorney
                                    per telephonic authority
17

18                          **O R D E R**

19 IT IS SO ORDERED.

20 Dated: July 15, 2008
                                    /s/ Edward J. Garcia
21   _____                    _____
                                    EDWARD J. GARCIA
22                                  United States District Judge

23

24

25

26

27

28

Stip and Order                    -2-