```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JESUS GARIBAY-ROMERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-205 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| JESUS GARIBAY-ROMERO, <br> aka J. Jesus Garibay Romero, <br> aka Jesus Garibay Romero, <br> aka Jesus Romero Garibay, | Date: August 29, 2008 <br> Time: 9:00 a.m. <br> Judge: Edward J. Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Daniel S. McConkie, Assistant United States Attorney, and JESUS GARIBAY-ROMERO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for August 8, 2008, be vacated and rescheduled for status conference on August 29, 2008, at 9:00 a.m.

This continuance is being requested due to the unavailability of counsel for defendant.

/ / /

IT IS FURTHER STIPULATED that the period from August 8, 2008, through and including August 29, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: August 6, 2008                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Matthew C. Bockmon
                                         _____
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JESUS GARIBAY-ROMERO

Dated: August 6, 2008

                                         MCGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Matthew C. Bockmon for
                                         _____
                                         DANIEL S. McCONKIE
                                         Assistant U.S. Attorney
                                         per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: August 7, 2008
                                         /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         United States District Judge